IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr34

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JESUS MONDRAGON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment without prejudice, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 11).

**IT IS THEREFORE ORDERED** that the government is granted leave to dismiss the indictment in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: April 23, 2007

Robert J. Conrad, Jr.
Chief United States District Judge